John L. Krenn (admitted *pro hac vice*)
   john.krenn@gpmlaw.com
Loren L. Hansen (admitted *pro hac vice*)
   loren.hansen@gpmlaw.com
GRAY PLANT MOOTY
  MOOTY & BENNETT, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone:  (612) 632-3000
Facsimile:  (612) 632-4444

Daniel M. Cislo, Esq., No. 125,378
   dancislo@cislo.com
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401-4110
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for PLAINTIFF
XEO INT., LTD.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEO INT., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> KRETEK INTERNATIONAL, INC., <br><br> Defendant. | CASE NO. 2:14-CV-04258-SJO-PLA |

## **AGREED CONSENT JUDGMENT ORDER**

Based on the Stipulation of the Parties XEO INT., LTD., ("XEO") and Kretek International, Inc., ("KRETEK"), the Court hereby issues the following Order:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. The Parties have consented to entry of this Consent Judgment finding that jurisdiction and venue for the case are proper, that XEO's Design Patent No. D687,181S ("the '181 patent") is valid and enforceable, and that Kretek has infringed the '181 patent by selling two versions of e-hookahs that include "rings" in the mouthpiece of the e-hookah design. The first version contains a mouth tip with three rings and the second version contains a mouth tip with seven rings.  Images of both products are contained in the First Amended Complaint filed herein.

2. Pursuant to the Parties' Stipulation, Kretek is hereby permanently enjoined from making, using, selling or offering for sale e-hookahs that infringe the '181 patent, except as expressly permitted by the Settlement Agreement between the Parties dated September 29, 2014.

3. The Parties agree to waive their rights to appeal this Consent Judgment Order on any grounds.

4. This Consent Judgment Order is a final order disposing of all issues in this action between XEO and Kretek, and all claims and counterclaims between XEO and Kretek are hereby dismissed with prejudice.

5. This Court retains exclusive jurisdiction and venue over this action solely to enforce the terms of this Consent Judgment Order and the terms of the Settlement Agreement between the parties.

6. Each party shall bear its own attorneys' fees and costs.

Dated this 7th day of October, 2014.

_____
Honorable S. James Otero
United States District Court Judge

GP:3788125 v1

3

# **CERTIFICATE OF SERVICE**

I electronically filed the document entitled

**AGREED CONSENT JUDGMENT ORDER**

with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court. The Court's Electronic Filing System caused the document to be served on:

> Jonathan P. Steinsapir
> jsteinsapir@kwikalaw.com
> KINSELLA WEITZMAN ISER
> JUMP & ALDISERT, LLP
> 808 Wilshire Boulevard, 3rd Floor
> Santa Monica, CA  90401
>
> Aaron C. Liskin
> aliskin@kwikalaw.com
> KINSELLA WEITZMAN ISER
> JUMP & ALDISERT, LLP
> 808 Wilshire Boulevard, 3rd Floor
> Santa Monica, CA  90401

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on October 7, 2014, at Santa Monica, California.

/Christopher Eckart/
Christopher Eckart